VINCENT COLLICHIO, Respondent, v. EUGENE S. CHAPMAN, Appellant. ANGELO KELLY, Respondent, v. EUGENE S. CHAPMAN, Appellant. (Consolidated Actions.) — Judgments reversed on the law and a new trial granted, costs to abide the event.

The learned trial court erred in charging at folio 380, without qualification, that "a person driving an automobile at a speed which prevents stopping within the length of vision is negligent as a matter of law." Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.